## WILLIAM M. GOUGE v. BAXTER BENNETT.

(Filed 30 May, 1914.)

**Appeal and Error—Process—Motion to Dismiss—Premature Appeal —Procedure—Exceptions.**

An appeal from the refusal of the trial judge to dismiss an action for want of proper service of process is premature; the procedure being upon exception entered and appeal from final judgment if adverse to the movant.

Appeal by plaintiff from *Ferguson, J.,* at October Term, 1913, of Jackson.

*Charles E. Green, John C. McBee,* and *Pless & Winborne* for plaintiff.
*Lambert, Black & Wilson* for defendant.

Per Curiam. This is an appeal from the refusal of a motion to dismiss. Nothing is better settled than that "An appeal from the refusal of a motion to dismiss an action for want of proper service of process taken before final judgment is premature, and will not be considered. The better practice is to note an exception and proceed with the trial." *Guilford v. Georgia Co.,* 109 N. C., 310, and numerous cases cited in that case and in the citations thereto in the Anno. Ed.

Appeal dismissed.